IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK A. FUKUI,<br><br>Defendant and Judgment Debtor. | Case No.: 2:18-MC-00034-WBS-EFB<br><br>[~~PROPOSED~~] **ORDER TERMINATING WRIT OF GARNISHMENT (BANK GARNISHMENT)**<br><br>Criminal Case No.: 2:96CR00396-EJG |
| CALIFORNIA BANK & TRUST,<br>(and its Successors and Assignees)<br><br>Garnishee. | |

The Court, having reviewed the court files and the United States' Application for an Order Terminating Writ of Garnishment Re: Bank Garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. Accordingly, it is ORDERED that the:

1. The Writ of Garnishment (Bank Garnishment) previously issued on March 21, 2018 against Mark A. Fukui is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B); and

2. The Clerk of Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: April 19, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Order Terminating Writ of Garnishment
(Bank Garnishment)